No. 479. BETTIS MAJORS AND A. T. BALL, TRUSTEE,

PETITIONERS, *v.* H. C. WILLIAMSON. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. D. Saunders, Mr. Joseph Hirsch* and *Mr. Murray F. Smith* for petitioners. *Mr. George Anderson* for respondent.

---

